```
McGREGOR W. SCOTT
United States Attorney
CATHERINE J. CERNA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2761
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>         Plaintiff, )<br>           )<br>    v.      )<br>           )<br>JOHN M. McNEIL,      )<br>           )<br>         Defendant. )<br>_____) | Case No.: Civ. S-05-1242 WBS<br><br>**STIPULATED JUDGMENT AND ORDER FOR ENTRY OF JUDGMENT** |

This Stipulated Judgment is entered into by and between plaintiff United States of America ("plaintiff United States") and defendant John M. McNeil ("defendant McNeil") to resolve the civil claims set forth in the Complaint. Plaintiff United States and defendant McNeil are hereafter jointly referred to as the "parties."

IT IS HEREBY STIPULATED by and between the parties that:

1. Defendant McNeil acknowledges his liability to the United States in connection with his receipt of unemployment benefits from the U.S. Railroad Retirement Board, as more fully set forth in the complaint filed in this action.

2. Plaintiff United States shall recover judgment against defendant McNeil in the amount of $13,700, plus post-judgment interest. Post-judgment interest shall accrue at the federal judgment rate.

1

1    3.   Defendant McNeil agrees to submit a financial statement
2 and copies of his federal and state income tax returns for the
3 prior tax year to the United States Attorney's Office on August
4 1st of each year, beginning on August 1, 2006, until the judgment
5 debt is paid in full.  Defendant McNeil further agrees to
6 promptly notify the United States Attorney's Office of any change
7 of address or employment until the debt is paid in full.
8    4.   In return for defendant McNeil's admission of liability
9 and entry into this Stipulated Judgment, the United States agrees
10 to accept the amount of $13,700 plus interest accruing thereafter
11 at the applicable legal post-judgment rate computed daily and
12 compounded annually until paid in full satisfaction of the
13 defendant's liability.  This judgment amount shall be paid in
14 monthly installments as follows:
15       April to November of each year $135 monthly
16       December to March of each year $55 monthly
17 beginning August 1, 2005, and on the first day of each month
18 thereafter, until the debt is paid in full.  The installment
19 payment amount may be adjusted after one (1) year, and thereafter
20 on an annual basis, if defendant McNeil's financial statement
21 indicates his ability to make a higher installment payment
22 amount.  If defendant McNeil becomes unemployed, upon his
23 submission of proper documentation of such event, the installment
24 payment arrangement will be suspended during the period of
25 unemployment.
26    5.   All payments shall be by money order, certified check
27 or cashier's check made payable to "U.S. Department of Justice"
28 and shall be mailed, postmarked no later than the 1st day of each

2

1 month, to:

2            Office of United States Attorney
           Eastern District of California
3            Financial Litigation Unit
           501 I Street, Suite 10-100
4            Sacramento, CA 95814-2322

5    6. The United States forthwith shall record a judgment
6 lien upon all present and future real estate owned by defendant
7 McNeil to secure payment of this judgment debt.

8    7. In the event defendant McNeil defaults on either the
9 payment of any installment or the submission of the financial
10 statement and tax returns, the balance of the judgment, including
11 post-judgment interest, shall immediately become due and payable,
12 and plaintiff United States shall proceed with all available
13 administrative and judicial remedies to enforce the judgment
14 debt.

15    8. Subject to the complete performance of the conditions
16 set forth in this Stipulated Judgment, plaintiff United States on
17 behalf of itself, its agencies, its officers, and its agents,
18 will release defendant McNeil from any and all civil claims that
19 the United States has or may have for the conduct set forth in
20 the complaint, including any claims under the False Claims Act,
21 31 U.S.C. §§ 3729 et seq., and the common law theories of breach
22 of contract, payment by mistake and unjust enrichment.

23    9. Defendant McNeil hereby fully and finally releases,
24 dismisses and forever discharges the United States, its agencies,
25 employees, servants, and agents for any and all claims, causes of
26 action, liabilities, losses and damages, including costs,
27 attorneys' fees and expenses of any kind, which defendant has
28 asserted or could have asserted against the United States, its

3

agencies, employees, servants, and agents, based on any acts or omissions arising from this action, including the investigation, litigation, or resolution of the claims set forth in the Complaint.

10.  Defendant McNeil admits, solely for purposes of the Bankruptcy Act, 11 U.S.C. § 501 et seq., that his conduct, as it relates to the allegations set forth in the Complaint, falls within the provisions of 11 U.S.C. § 523(a)(2)(A) and therefore defendant McNeil's debt to the United States is nondischargeable in any bankruptcy proceeding commenced subsequent to the execution of this Stipulated Judgment.

11.  Should any judicial action be required to enforce or interpret this Stipulated Judgment, or to resolve any dispute hereunder, the parties acknowledge that jurisdiction and venue for any such action shall lie solely in the United States District Court for the Eastern District of California.  The remedies afforded the United States by this paragraph are in addition to, and not instead of, the remedies for non-compliance of this Stipulated Judgment described above.  To the extent that the United States is afforded parallel remedies by these paragraphs, it may exercise its discretion to proceed under any paragraph.

12.  The parties to this Stipulated Judgment shall bear their own costs, attorneys' fees and expenses incurred in any manner in connection with the investigation, litigation and resolution of the claims set forth in the Complaint, including any such costs, attorneys' fees or expenses incurred in the preparation and performance of this Stipulated Judgment.

13. Each of the signatories to this Stipulated Judgment represents that he or she has the full power and authority (without further approvals or consent) to enter into this Stipulated Judgment and perform the obligations set forth herein.

14. Judgment may be entered without further notice to defendant John M. McNeil.

Dated: 6/16/05                    Respectfully submitted,


                                  By:      /s/
                                        CATHERINE J. CERNA
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


Dated: 6/11/05



                                           /s/
                                        JOHN M. McNEIL
                                        Defendant
                                  (Original signature retained by attorney)


### ORDER FOR ENTRY OF JUDGMENT

IT IS SO ORDERED. Judgment shall be entered in favor of plaintiff United States of America and against defendant John M. McNeil, in the amount of $13,700, plus interest thereafter at the applicable legal post-judgment rate.

Dated: June 22, 2005


                                  _____
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

5